April 10, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00112-CV

TEXAS PARKS AND WILDLIFE DEPARTMENT AND JOHN SILOVSKY, WILDLIFE DIVISION DIRECTOR, Appellants

V.

RW TROPHY RANCH, LTD. AND ROBERT WILLIAMS, Appellees

This Court has considered the record on appeal in this case and holds that there was error in the trial court's orders denying Appellants' plea to the jurisdiction and granting a temporary injunction. We order the trial court's orders **REVERSED** and we **RENDER** judgment dismissing the case with prejudice.

We further order Appellees to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered April 10, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.